GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: wselert@garggolden.com
Email: clee@garggolden.com

Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| BRIDGET WARD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, NEVADA; and DOES 1 through X<br><br>　　　　　　Defendant. | CASE NO.:   2:20-cv-02331-JAD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT** |

　　　Plaintiff Bridget Ward and Defendant City of Henderson, Nevada, by and through their respective counsel of record, do hereby stipulate and agree that the deadline for Defendant to respond to the Complaint in this matter filed December 23, 2020 be extended two (2) weeks until February 2, 2021.

　　　Good cause exists to grant this extension because Defendant's counsel requires time to investigate and prepare its response to the Complaint. Further, Defendant's counsel has been in an arbitration and various depositions this month, and needs additional time to respond given the extensive nature of the allegations in the Complaint. This is the first request for an extension made

/ / /

/ / /

1  by the Parties, and the parties make this request in good faith and not for the purpose of delay.

2  Dated this 18th day of January, 2021.                    Dated this 18th day of January, 2021.

3  FOX ROTHSCHILD LLP                                       GARG GOLDEN LAW FIRM

5  By: /s/ *Coleen E. McCarty*                              By: /s/ *Charles J. Lee*
   COLLEEN E. MCCARTY, ESQ.                                 CHARLES J. LEE, ESQ.
   Nevada Bar No. 13186                                     Nevada Bar No. 13523
6  1980 Festival Plaza Drive, Suite 700                     3145 Saint Rose Parkway, Suite #230
   Las Vegas, Nevada 89123                                  Henderson, Nevada 89052
7  (702) 362-6666                                           (702) 850-0202
   Counsel for Plaintiff Bridget Ward                       Counsel to Defendant City of Henderson,
8                                                           Nevada

10                       IT IS SO ORDERED.

11                       DATED this _19_ day of January, 2021

14                       _____
                         UNITED STATES MAGISTRATE JUDGE