GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: wselert@garggolden.com
Email: clee@garggolden.com

Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| BRIDGET WARD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, NEVADA; and DOES 1 through X<br><br>　　　　　　　Defendant. | CASE NO.:  2:20-cv-02331-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>ECF No. 12 |
|---|---|

　　　Plaintiff Bridget Ward and Defendant City of Henderson, Nevada, by and through their respective counsel of record, do hereby stipulate and agree that the deadline for Defendant to file its reply in support of its motion to dismiss in this matter be extended three (3) days from the original deadline of February 23, 2021 to February 26, 2021.

　　　Good cause exists to grant this extension because late last week, Defendant's counsel had an adverse reaction to his second COVID vaccine that lasted several days, which delayed the drafting of the reply. This is the first request for such an extension made by the Parties, and the

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

parties make this request in good faith and not for the purpose of delay.

Dated this 22nd day of February, 2021.            Dated this 22nd day of February, 2021.

FOX ROTHSCHILD LLP                                GARG GOLDEN LAW FIRM


By: /s/ *Colleen E. McCarty*                      By:   /s/ *Charles J. Lee*
COLLEEN E. MCCARTY, ESQ.                          CHARLES J. LEE, ESQ.
Nevada Bar No. 13186                              Nevada Bar No. 13523
1980 Festival Plaza Drive, Suite 700              3145 Saint Rose Parkway, Suite #230
Las Vegas, Nevada 89123                           Henderson, Nevada 89052
(702) 362-6666                                    (702) 850-0202
Counsel for Plaintiff Bridget Ward                Counsel to Defendant City of Henderson, Nevada

## ORDER

Based on the parties' stipulation [12] and good cause appearing, IT IS SO ORDERED. Defendant has until 2/26/2021 to file its reply in support of the motion to dismiss.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 23, 2021

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

2 of 2