DEANNA L. FORBUSH
Nevada Bar No. 6646
dforbush@foxrothschild.com
COLLEEN E. MCCARTY
Nevada Bar No. 13186
cmccarty@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
Telephone:  (702) 262-6899
Facsimile:  (702) 597-5503
Attorneys for Plaintiff, Bridget Ward

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRIDGET WARD,

        Plaintiff,

vs.

CITY OF HENDERSON, NEVADA; and DOES I through X, inclusive,

        Defendant.

Case No.: 2:20-cv-02331-JAD-NJK

**ORDER TO RESET HEARING OF MOTION TO DISMISS**

**ECF No. 22**

Plaintiff Bridget Ward, by and through her attorneys of record, Deanna L. Forbush, Esq. and Colleen E. McCarty, Esq. of Fox Rothschild LLP, and Defendant City of Henderson, Nevada, by and through its attorneys of record, Anthony B. Golden, Esq. and Charles J. Lee, Esq. of Garg Golden Law Firm, hereby stipulate and agree to reset the hearing of Defendant's Motion to Dismiss;

An Early Neutral Evaluation ("ENE") session was conducted before Magistrate Judge Elayna J. Youchah on April 15, 2021. The Parties agreed that a continuation of the ENE be scheduled for May 26, 2021.

The Parties stipulate and agree that the hearing of Defendant's Motion to Dismiss, which is currently scheduled for June 2, 2021 before the Honorable Jennifer A. Dorsey, be reset for a date convenient to the Court's calendar in May 2021 in advance of the continued ENE that is scheduled for May 26, 2021.  Please note Plaintiff is not available May 11, 2021 or May 17, 2021.

1

This is the first request to reset a hearing made by the Parties and is made in good faith and not for the purpose of delay.

Dated: May 3rd, 2021.

**FOX ROTHSCHILD LLP**

By:*/s/ Colleen E. McCarty*
   Deanna L. Forbush
   Colleen E. McCarty
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
   *Attorneys for Plaintiff, Bridget Ward*

Dated: May 3rd, 2021.

**GARG GOLDEN LAW FIRM**

By:*/s/ Anthony B. Golden*
   Anthony B. Golden
   Whitney J. Selert
   Charles J. Lee
   3145 St. Rose Parkway, Suite 230
   Henderson, Nevada 89052
   *Attorneys for Defendant*
   *City of Henderson, Nevada*

## ORDER

The hearing of Defendant's Motion to Dismiss is reset to May 14, 2021 at 10:00 a.m. and will be held via video conference.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** 5/4/2021