UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| BRIDGET WARD, | CASE NO.: 2:20-cv-02331-JAD-NJK |
|---|---|
| Plaintiff, | |
| vs. | **ORDER REGARDING ANSWER TO CURRENT COMPLAINT AND RESPONSE TO ANTICIPATED FIRST AMENDED COMPLAINT** |
| CITY OF HENDERSON, NEVADA; and DOES 1 through X | |
| Defendant. | **[FIRST REQUEST]** |

Plaintiff Bridget Ward and Defendant City of Henderson, Nevada, by and through their respective counsel of record, do hereby stipulate and agree as follows:

1. On May 21, 2021, the Court entered an order (ECF No. 25) granting in part and denying in part Defendant's Motion to Dismiss (ECF No. 8) and allowing Plaintiff until June 11, 2021 leave to file an amended complaint on those claims dismissed without prejudice.

2. On May 26, 2021, the parties attended a continued Early Neutral Evaluation Session but did not resolve this case (ECF No. 26).

3. Counsel have conferred, and Plaintiff does intend to file an amended complaint by the June 11, 2021 deadline.

4. In light of the impending amended complaint filing, and to avoid unnecessary

expenditure of fees and time, the parties agree that Defendant, with the Court's approval, may forego filing an answer to the remaining claims in the current complaint (ECF No. 1), which answer would be due on June 4, 2021 per Fed. R. Civ. Pro. 12(a)(4)(A).

5. Instead, Defendant will file only a response to the impending amended complaint within the timelines set forth in the Rules.

6. This is the first request to modify these deadlines.

7. This stipulation is not made for the purposes of delay but is intended to be made with good cause to avoid unnecessary and duplicative work causing extra fees to be incurred by the parties.

| | |
|---|---|
| Dated this 2nd day of June 2021. | Dated this 2nd day of June, 2021. |
| FOX ROTHSCHILD LLP | GARG GOLDEN LAW FIRM |
| By: /s/ *Colleen E. McCarty*<br>COLLEEN E. MCCARTY, ESQ.<br>Nevada Bar No. 13186<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89123<br>(702) 362-6666<br>Counsel for Plaintiff Bridget Ward | By: /s/ *Anthony B. Golden*<br>ANTHONY B. GOLDEN, ESQ.<br>Nevada Bar No. 9563<br>3145 Saint Rose Parkway, Suite #230<br>Henderson, Nevada 89052<br>(702) 850-0202<br>Counsel to Defendant City of Henderson, Nevada |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 3, 2021