DEANNA L. FORBUSH
Nevada Bar No. 6646
dforbush@foxrothschild.com
COLLEEN E. MCCARTY
Nevada Bar No. 13186
cmccarty@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
*Attorneys for Plaintiff, Bridget Ward*

## UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| BRIDGET WARD,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, NEVADA; and DOES 1 through X<br><br>Defendant. | CASE NO.: 2:20-cv-02331-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND STAY**<br><br>**(SECOND REQUEST)** |

The Parties, Plaintiff Officer Bridget Ward ("Officer Ward") and Defendant City of Henderson ("COH") (collectively the "Parties"), by and through their respective counsel, stipulate and agree to continue the stay in the instant matter for twenty-one (21) days from the date of entry of this order to allow the Parties additional time to continue settlement discussions. In the event

///
///
///
///
///
///

1 of 2

129993612.1

this matter does not resolve on or before that date, the Parties shall have an additional twenty (20) days to file a new proposed Scheduling Order or any appropriate motions.

Dated this 26th day of January 2022.

FOX ROTHSCHILD LLP

By: /s/ Colleen E. McCarty
COLLEEN E. MCCARTY, ESQ.
Nevada Bar No. 13186
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89123
(702) 362-6666
*Counsel for Plaintiff Bridget Ward*

Dated this 26th day of January, 2022.

GARG GOLDEN LAW FIRM

By: /s/ Anthony B. Golden
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3145 Saint Rose Parkway, Suite #230
Henderson, Nevada 89052
(702) 850-0202
*Counsel to Defendant City of Henderson, Nevada*

**IT IS SO ORDERED.** This case is STAYED through February 18, 2022.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 28, 2022

129993612.1