```
GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: wselert@garggolden.com
```

Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| BRIDGET WARD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, NEVADA; and DOES 1 through X<br><br>　　　　　　Defendant. | CASE NO.:   2:20-cv-02331-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 54 |

　　　IT IS STIPULATED AND AGREED, by Plaintiff Bridget Ward, by and through her counsel, Fox Rothschild LLP, and by Defendant City of Henderson, by and through

/ / /

/ / /

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

its counsel, Garg Golden Law Firm, that all claims in this above-entitled matter are hereby DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorney fees.

Dated this 4th day of February, 2022.   Dated this 4th day of February, 2022.

FOX ROTHSCHILD LLP                       GARG GOLDEN LAW FIRM

By: /s/ *Colleen E. McCarty*             By:   /s/ *Anthony B. Golden*
COLLEEN E. MCCARTY, ESQ.                 ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 13186                     Nevada Bar No. 9563
1980 Festival Plaza Drive, Suite 700     3145 Saint Rose Parkway, Suite #230
Las Vegas, Nevada 89123                  Henderson, Nevada 89052
(702) 362-6666                           (702) 850-0202
Counsel for Plaintiff Bridget Ward       Counsel for Defendant City of Henderson, Nevada

## ORDER

Based on the parties' stipulation **[ECF No. 54]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT COURT JUDGE
February 7, 2022

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202